## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Brown, Twonia

Printed:  7/17/07

Case Number:  04 B 24546
Judge: Hollis, Pamela S
Filed:  6/30/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  July 16, 2007
Confirmed:  August 23, 2004

### SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 12,381.00 |  |
| Secured: |  | 6,992.30 |
| Unsecured: |  | 1,848.28 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,894.00 |
| Trustee Fee: |  | 646.42 |
| Other Funds: |  | 0.00 |
| Totals: | 12,381.00 | 12,381.00 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,894.00 | 2,894.00 |
| 2. | CitiFinancial Mortgage | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 4. | Systems & Services Technologies | Secured | 9,482.47 | 6,491.58 |
| 5. | CitiFinancial Mortgage | Secured | 1,533.46 | 59.17 |
| 6. | Cook County Treasurer | Secured | 3,339.08 | 441.55 |
| 7. | SLMA Trust | Unsecured | 383.45 | 0.00 |
| 8. | B-Line LLC | Unsecured | 232.53 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 681.00 | 0.00 |
| 10. | Fingerhut Corporation | Unsecured | 24.83 | 0.00 |
| 11. | SLMA Trust | Unsecured | 126.97 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 0.00 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 296.17 | 1,848.28 |
| 14. | Nicor Gas | Unsecured | 42.20 | 0.00 |
| 15. | Americash Loans, LLC | Unsecured | 40.41 | 0.00 |
| 16. | Illinois Student Assistance Commission | Unsecured | 341.53 | 0.00 |
| 17. | Village of Maywood | Unsecured | 86.61 | 0.00 |
| 18. | Americredit Financial Ser Inc | Unsecured | | No Claim Filed |
| 19. | AT&T Broadband | Unsecured | | No Claim Filed |
| 20. | Brinks | Unsecured | | No Claim Filed |
| 21. | Carson Pirie Scott & Co | Unsecured | | No Claim Filed |
| 22. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 23. | Direct Tv | Unsecured | | No Claim Filed |
| 24. | Credit Collection | Unsecured | | No Claim Filed |
| 25. | Encore | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Brown, Twonia | Case Number: 04 B 24546 |
| | Judge: Hollis, Pamela S |
| Printed: 7/17/07 | Filed: 6/30/04 |

| | | | |
|---|---|---|---|
| 26. MRS Associates, Inc | Unsecured | | No Claim Filed |
| 27. ASG | Unsecured | | No Claim Filed |
| 28. Z-Tel Communications Inc | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 19,504.71 | $ 11,734.58 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 242.76 |
| 4% | 58.02 |
| 3% | 44.82 |
| 5.5% | 202.65 |
| 5% | 46.69 |
| 4.8% | 37.44 |
| 5.4% | 14.04 |
| | _____ |
| | $ 646.42 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_
_____